■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHESTER L. DEBIASO, Appellant. (Appeal No. 1.) [832 NYS2d 838]— Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered June 13, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Centra, Lunn, Peradotto and Pine, JJ.